UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KENDRA GREENWALD**                                **CIVIL ACTION**

**VERSUS**                                          **NO: 22-2371**

**LATOYA CANTRELL ET AL.**                          **SECTION "H"**

## ORDER AND REASONS

Before the Court is Plaintiff's Motion for Settlement Conference (Doc. 151). The full facts of this case have been outlined in prior orders.[1] Relevant here is merely that after a series of motions to dismiss, Plaintiff Kendra Greenwald's claim for violation of her substantive due process rights survives. The State Defendants have filed an interlocutory appeal of this Court's failure to dismiss Plaintiff's substantive due process claim on *Heck v. Humphrey* or sovereign immunity grounds.[2] In light of the appeal, this Court stayed all discovery against the State Defendants.[3]

In the instant Motion, Plaintiff seeks an order requiring the parties to attend an early settlement conference with the magistrate judge. Given the

---

[1] Docs. 69, 138.
[2] The "State Defendants" are Attorney General Liz Murrill; Deputy Superintendent of Louisiana State Police Chris Eskew; Secretary of the Louisiana Department of Public Safety and Corrections James M. LeBlanc; Superintendent of Louisiana State Police Robert Hodges (collectively, the "State Defendants").
[3] Doc. 163.

1

stay of discovery and the pending issue of sovereign immunity, the Court finds that requiring the parties to attend a settlement conference would be premature and unproductive at this time.

Accordingly;

**IT IS ORDERED** that Plaintiff's Motion for Settlement Conference is **DENIED**.

New Orleans, Louisiana this 6th day of March, 2025.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**